1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Jason Sewell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SEWELL, | No.  2:12-cv-00880-WBS-CKD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ARROYO AND ARROYO, INC. DBA CHUBBY'S DINER; [PROPOSED] ORDER** |
| vs. | |
| VALLEY CAPITAL GROUP, LLC, et al., | |
| Defendants. | |

   WHEREAS, Defendant Arroyo and Arroyo, Inc. dba Chubby's Diner has not filed an answer or motion for summary judgment;

   WHEREAS, Plaintiff and Defendant Arroyo and Arroyo, Inc. dba Chubby's Diner have settled the matter among themselves;

   WHEREAS, no counterclaim has been filed;

   Plaintiff hereby respectfully requests that <u>ONLY</u> Arroyo and Arroyo, Inc. dba Chubby's Diner be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 28, 2012                           MOORE LAW FIRM, P.C.


                                              /s/Tanya E. Moore
                                              Tanya E. Moore
                                              Attorneys for Plaintiff Jason Sewell

*Sewell v. Valley Capital Group, LLC, et al.*
Notice of Voluntary Dismissal of Arroyo and Arroyo, Inc. dba Chubby's Diner; [Proposed] Order
Page 1

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that <u>ONLY</u> Arroyo and Arroyo, Inc. dba Chubby's Diner be dismissed with prejudice from this action.

**IT IS SO ORDERED**.

Dated:  June 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Sewell v. Valley Capital Group, LLC, et al.*
Notice of Voluntary Dismissal of Arroyo and Arroyo, Inc. dba Chubby's Diner; [Proposed] Order
Page 2