1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Jason Sewell

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SEWELL, | No.  2:12-cv-00880-WBS-CKD |
| Plaintiff, | **PLAINTIFF'S REQUEST TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| VALLEY CAPITAL GROUP, LLC, | |
| Defendant. | |

The remaining defendant in this action, Valley Capital Group, LLC ("Valley Capital"), was not served with the summons and complaint until July 18, 2012 (within the time designated by Fed. R. Civ. P. 4) despite diligent efforts by Plaintiff Jason Sewell ("Plaintiff") to promptly effect service (*see* Declaration of Tanya E. Moore filed herewith).  Valley Capital's responsive pleading is not due until August 8, 2012.  The status conference in this matter is currently set for August 6, 2012, prior to the date Valley Capital's responsive pleading is due.

Plaintiff respectfully requests that the Court continue the date of the status conference to a date convenient to the Court after September 8, 2012 to allow Valley Capital to

///

///

///

1  appear in this action, to afford the parties time to meet and confer, and to discuss and explore
2  settlement.
3  Dated:  July 20, 2012                                                      MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore, Attorneys for
Plaintiff Jason Sewell

## ORDER

The Court having considered the application of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the status conference currently set for August 6, 2012 be continued to **September 17, 2012 at 2:00 p.m.** in Courtroom 5 before the Honorable William B. Shubb.    All other orders set forth in the Court's Order Re Status (Pretrial Scheduling) Conference shall remain unchanged.

**IT IS SO ORDERED**.

Dated:  July 23, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE