1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Jason Sewell

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SEWELL, | No. 2:12-cv-00880-WBS-CKD |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT VALLEY CAPITAL GROUP, LLC TO RESPOND TO COMPLAINT AND TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| VALLEY CAPITAL GROUP, LLC, | |
| Defendant. | |

**WHEREAS**, the Complaint in this matter was filed on April 5, 2012;

**WHEREAS**, upon application of Plaintiff Jason Sewell ("Plaintiff"), the Court continued the Status Conference in this matter from August 6, 2012 to September 14, 2012 in order to afford time for the only remaining defendant, Valley Capital Group, LLC ("Defendant," and together with Plaintiff, the "Parties"), who had only recently been served, time to appear in this action;

**WHEREAS**, Defendant contacted Plaintiff's counsel on August 27, 2012 after receiving a letter from Plaintiff's counsel's office advising it that if a responsive pleading was not filed by the end of day August 24, 2012, that Plaintiff would seek to have a clerk's default entered against it;

///

///

1  **WHEREAS**, Defendant has requested an extension of time to secure legal counsel to represent it in this matter, and Plaintiff has accordingly agreed to a fourteen (14) day extension of time from the request, to September 10, 2012;

4  **WHEREAS**, the Parties request that the Status Conference be continued in order to give Defendant time to appear through counsel;

6  **NOW, THEREFORE, IT IS HEREBY STIPULATED** by Plaintiff, through his attorney of record, and Defendant, in propria persona, that Defendant be given to and including September 10, 2012 within which to file a responsive pleading, or other measures.

9  **IT IS FURTHER STIPULATED** that the Status Conference currently set for September 17, 2012 be continued to a date after September 30, 2012.

Dated:  August 27, 2012                                        MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore, Attorneys for
Plaintiff, Jason Sewell

*/s/ Vince Nguyen*
Vince Nguyen, on behalf of
Valley Capital Group, LLC

I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that his concurrence in the filing of this document and attribution of his signature was obtained.

*/s/ Tanya E. Moore*
Tanya E. Moore, Attorney for
Plaintiff, Jason Sewell

ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendant Valley Capital Group, LLC may have to and including September 10, 2012 within which to file a responsive pleading, or take other actions;

STIP. TO EXTEND TIME TO ANSWER AND CONTINUE STATUS CONF.; [PROPOSED] ORDER

1   IT IS FURTHER ORDERED that the Status Conference currently set for September 17, 2012 be continued to **October 15, 2012 at 2:00 p.m.** in Courtroom 5 before the Honorable William B. Shubb.   A Joint Status Report shall be filed no later than October 1, 2012.  All other orders set forth in the Court's Order Re Status (Pretrial Scheduling) Conference shall remain unchanged.

**IT IS SO ORDERED**.

Dated:  August 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE