K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Jason Sewell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SEWELL,<br><br>  Plaintiff,<br><br>  vs.<br><br>VALLEY CAPITAL GROUP, LLC, et al.,<br><br>  Defendants. | No. 2:12-cv-00880-WBS-CKD<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Jason Sewell and Defendant Valley Capital Group, LLC, the remaining party to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: September 17, 2012                    MOORE LAW FIRM, P.C.


                                             /s/Tanya E. Moore
                                             Tanya E. Moore
                                             Attorney for Plaintiff Jason Sewell

///

*Sewell v. Valley Capital Group, LLC, et al.*
Stipulation for Dismissal of Entire Action; [Proposed] Order

Page 1

Date: September 17, 2012					NEWTON LAW GROUP

						/s/ Vince D. Nguyen
						Vince D. Nguyen
						Attorneys for Defendant Valley Capital
						Group, LLC

### ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated: September 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Sewell v. Valley Capital Group, LLC, et al.*
Stipulation for Dismissal of Entire Action; [Proposed] Order