1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Jason Sewell

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | JASON SEWELL,                              ) No.  2:12-cv-00880-WBS-CKD
12 |                                            )
   |            Plaintiff,                      ) **STIPULATION FOR DISMISSAL OF**
13 |                                            ) **ENTIRE ACTION; [PROPOSED] ORDER**
   |    vs.                                     )
14 |                                            )
   |                                            )
15 | VALLEY CAPITAL GROUP, LLC, et al.,         )
   |                                            )
16 |            Defendants.                     )
17 |                                            )
   |                                            )
18 |_____)

19      IT IS HEREBY STIPULATED by and between Plaintiff Jason Sewell and Defendant

20 Valley Capital Group, LLC, the remaining party to this action, by and through their respective

21 counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned

22 action be dismissed with prejudice in its entirety.

23 Date: September 17, 2012                        MOORE LAW FIRM, P.C.

24

25

26                                                /s/Tanya E. Moore
                                                  Tanya E. Moore
27                                                Attorney for Plaintiff Jason Sewell

28 ///

*Sewell v. Valley Capital Group, LLC, et al.*
Stipulation for Dismissal of Entire Action; [Proposed] Order

Page 1

Date: September 17, 2012                             NEWTON LAW GROUP

<u>/s/ Vince D. Nguyen</u><br>
Vince D. Nguyen<br>
Attorneys for Defendant Valley Capital Group, LLC

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated:  September 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

*Sewell v. Valley Capital Group, LLC, et al.*
Stipulation for Dismissal of Entire Action; [Proposed] Order